DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of E.A.L, a child.

G.L.H.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2215

_____

February 23, 2024

Appeal from the Circuit Court for Pinellas County; Sherwood S. Coleman, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami; Ita M. Neymotin, Regional Counsel, Second District, Fort Myers, and Clay W. Oberhausen, Assistant Reginal Counsel, Office of Criminal Conflict and Civil Regional Counsel, Sarasota, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals and Amanda Victoria Glass, Senior Attorney, Appellate Division, Tallahassee; and Robert Scavone, Jr. and Shannon McLin, Pro Bono for the Statewide Guardian ad Litem Office Defending Best Interests Florida Appeals, Orlando, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

LaROSE, MORRIS, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.